UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

RE:  Teresa Daley                                                                     Case No. 18-14850

### Certificate of Service

I, John M. Sherman, Attorney at Law, do hereby certify that I have this day electronically filed the foregoing debtor(s) motion and Notice, with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Locke D. Barkley  sbeasley@barkley13.com
U.S. Trustee's Office USTPRegion05.AB.ECF@usdoj.gov

I further certify that I have served a true and correct copy of the Notice and motion by USPS to all other parties listed on the attached matrix.

Respectfully submitted, this the 18 day of March, 2019.

/s/ John M. Sherman
John M. Sherman
Attorney for Debtor(s)
P.O. Box 1900
Clarksdale, MS 38614
662-627-5301
MB# 8807

CM/ECF hrg11
(Rev. 07/22/16)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| In Re: Teresa Rena Daley | ) | Case No.: 18−14850−JDW |
|---|---|---|
| Debtor(s) | ) | Chapter: 13 |
| | ) | Judge: Jason D. Woodard |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that a hearing will be held at

Oxford Federal Building, 911 Jackson Avenue, Oxford, MS 38655

on 5/14/19 at 01:30 PM

Responses Due: 4/15/19

to consider and act upon the following:

*21* − Application for Compensation for John M. Sherman, Debtor's Attorney, Fee: $207.27, Expenses: $0. Filed by John M. Sherman. (Sherman, John)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at:
http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 3/18/19

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: SGF
 Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

RE:   Teresa Daley                                                         Case No. 18-14850

## MOTION FOR ALLOWANCE OF ATTORNEY FEES

COMES NOW the undersigned attorney and files this Motion for allowance of Attorney Fees and for cause would show unto this Honorable Court that the Chapter 13 Bankruptcy may be dismissed by Order of the Court. The Chapter 13 plan has not been confirmed. The undersigned attorney has rendered valuable services herein and should be compensated in the amount of $207.27.  The undersigned attorney has been paid $0 prior to filing of the case and requests attorney fees of $207.27 from money on hand by the Chapter 13 Trustee.  The Chapter 13 Trustee has sufficient funds on hand.

WHEREFORE PREMISES CONSIDERED, the undersigned attorney respectfully requests the Court to enter an Order for Allowance of Attorney Fees and for such other and further and general relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED, this the 18th day of March, 2019.

/s/ John M. Sherman
John M. Sherman
Attorney at Law
Post Office Box 1900
Clarksdale, MS  38614
(662) 627-5301
MB# 8807

## CERTIFICATE OF SERVICE

I, John M. Sherman, Attorney at Law, do hereby certify that I have this day electronically filed the foregoing Motion for allowance of attorney fees, with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

Locke D. Barkley
Chapter 13 Trustee
P.O. Box 55829
Jackson, MS 39296-5829
sbeasley@barkley13.com

U.S. Trustee's Office
100 W. Capitol Street, Suite 1232
Jackson, MS 39269
USTPRegion05.AB.ECF@usdoj.gov

Respectfully submitted, this the 18th day of March, 2019.

/s/ John M. Sherman
John M. Sherman
Attorney for Debtor
P.O. Box 1900
Clarksdale, MS 38614
662-627-5301
MB# 8807

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0537-1<br>Case 18-14850-JDW<br>Northern District of Mississippi<br>Aberdeen<br>Mon Mar 18 13:48:18 CDT 2019 | Internal Revenue Service<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | U.S. Bankruptcy Court<br>Cochran U.S. Bankruptcy Courthouse<br>703 Highway 145 North<br>Aberdeen, MS 39730-9569 |
| Baptist Memorial Hospital-Desoto<br>7601 Southcrest Parkway<br>Southaven, MS 38671-4742 | Consolidated Recovery Systems<br>Attn: Bankruptcy<br>1350 Concourse Ave., Suite 600<br>Memphis, TN 38104-2028 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>c/o US Attorney<br>900 Jefferson Avenue<br>Oxford, MS 38655-3608 | MS Department of Revenue<br>Bankruptcy Section<br>P.O. Box 22808<br>Jackson, MS 39225-2808 | Medical Financial Services<br>6555 Quince Rd., Suite 301<br>Memphis, TN 38119-8220 |
| Methodist Healthcare<br>Post Office Box 2279<br>Memphis, TN 38101-2279 | Mid South Imaging & Therapeutics<br>P.O. Box 5083<br>Memphis, TN 38101-5083 | Mississippi Department of Revenue<br>Bankruptcy Section<br>Post Office Box 22808<br>Jackson, MS 39225-2808 |
| Professional Credit Management, Inc.<br>Po Box 4037<br>500 West Washington Ave<br>Jonesboro, AR 72401-2780 | SOUTHEASTERN EMERGENCY PHYSICIANS,LLC<br>WAKEFIELD AND ASSOCIATES<br>PO BOX 50250<br>KNOXVILLE,TN 37950-0250 | STERN CARDIOVASCULAR FOUNDATION<br>C/O UCS<br>5240 MENDENHALL PARK PLACE<br>MEMPHIS TN 38115-5904 |
| Sarah D. Labosier<br>Attorney at Law<br>120 Seven Cedars Drive<br>Huntsville, AL 35802-1692 | Southeastern Emergency Physicians<br>P.O. Box 740023<br>Cincinnati, OH 45274-0023 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |
| USDA Rural Development<br>Customer Service Department<br>P.O. Box 66889<br>Saint Louis, MO 63166-6889 | USDA Rural Development<br>c/o U.S. Attorney's Office<br>900 Jefferson Avenue<br>Oxford, MS 38655-3608 | Wakefield & Associates<br>7005 Middlebrook Pike<br>Knoxville, TN 37909-1156 |
| Wakefield & Associates<br>Attn: Bankruptcy<br>Po Box 441590<br>Aurora, CO 80044-1590 | John M. Sherman<br>P.O. Box 1900<br>Clarksdale, MS 38614-7900 | Locke D. Barkley<br>6360 I-55 North<br>Suite 140<br>Jackson, MS 39211-2038 |
| Teresa Rena Daley<br>P.O. Box 1644<br>Tunica, MS 38676-1644 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
100 West Capitol Street
Stop 18
Jackson, MS 39269

(d) Internal Revenue Service
Attn: Special Processing Staff
100 West Capitol Street
Room 504
Jackson MS 39269

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25